**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00453-CV**
_____

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**V.**

**RICHARD LEE DUCHARME, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 19-31653**

**MEMORANDUM OPINION**

Appellant Texas Department of Public Safety filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

PER CURIAM

Submitted on May 6, 2020
Opinion Delivered May 7, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.